Jeffrey L. Bornstein (State Bar No. 99358)
Claudia A. Quiroz (State Bar No. 254419)
K&L Gates LLP
4 Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220


Attorneys for Defendant
WILLIE SEALS, III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>WILLIE SEALS, III,<br><br>             Defendant. | Case No.  CR 09-00203 CW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>Judge:   The Honorable Claudia Wilken |

On April 28, 2014, the Clerk of the Court issued a notice directing counsel to file a stipulation and proposed order moving the status conference previously set for May 12, 2014, to another date. [Dkt. No. 1473.] The parties have conferred and agree to jointly request that the Court continue the date of the status conference to May 19, 2014 at 2:30 p.m.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        K&L GATES LLP

Dated:  May 2, 2014                          By:   */s/ Claudia A. Quiroz*
                                                                       Jeffrey L. Bornstein
                                                                        Claudia A. Quiroz
                                                                        Attorneys for Defendant Willie Seals III

                                        UNITED STATES ATTORNEYS' OFFICE

Dated:  May 2, 2014                          By:   */s/ Garth Hire*
                                                                         Garth Hire
                                                                         Assistant United States Attorney

**ECF ATTESTATION**

I, Claudia A. Quiroz, attest that concurrence in e-filing this **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** has been obtained from signatory Assistant United States Attorney Garth Hire, in compliance with General Order 45, X.B.

Dated:  May 2, 2014                          By:   */s/ Claudia A. Quiroz*
                                                                         Claudia A. Quiroz

[PROPOSED] **ORDER**

IT IS HEREBY ORDERED that the Status Conference hearing for Defendant Willie Seals, III shall be continued to May 19, 2014 at 2:30 p.m.

IT IS SO ORDERED.

Dated: 5/8/2014           By: _____
                          Honorable Claudia Wilken
                          United States District Judge